AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**FILED**
FEB 14 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Donald E. Ward | ) | 2:19-mj-00022 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 13, 2019** in the county of **Wood** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | Travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, as defined in 18 U.S.C. § 2423(f), or attempt to do so. |

This criminal complaint is based on these facts:

On or about Feb. 13, 2019, Donald E. Ward, age 58, knowingly traveled in interstate commerce, that is, from at or near Logan, OH to Parkersburg, Wood County, WV for the purpose of engaging in illicit sexual conduct, that is, oral sex with a person he believed to be a 14 year old female. Ward was arrested during a traffic stop in the vicinity of the location in Parkersburg where he had arranged to meet the purported minor for the purpose of engaging in the illicit sexual activity.

☐ Continued on the attached sheet.

*Complainant's signature*

James L. Harrison, II, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/14/2019

*Judge's signature*

City and state: Charleston, West Virginia     Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*